DANIEL G. BOGDEN
United States Attorney

GREG ADDINGTON
Assistant United States Attorney
Nevada Bar # 6875
100 W. Liberty Street, Suite 600
Reno, NV 89501
(775) 784-5438
(775) 784-5181-facsimile

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BATTLE MOUNTAIN BAND of the TE-MOAK TRIBE of WESTERN SHOSHONE INDIANS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT and<br>JILL C. SILVEY, in official capacity as Bureau of Land Management Elko District Manager,<br><br>　　　　Defendant. | 3:16-cv-0268-LRH-WGC<br><br>**MOTION TO ADMIT GOVERNMENT ATTORNEY (ADAM M. BEAN)** |

THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-11-3, for the admission of Adam M. Bean to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, during the period of his employment by the United States as an attorney. It is anticipated that Mr. Bean will enter an appearance in this action on behalf of the federal defendants.

Mr. Bean has been a licensed attorney since 2015. Mr. Bean is a member in good standing of the State Bar of Arizona (Bar # 032449). Since 2015, Mr. Bean has been an attorney employed by the United States Department of Justice. He currently holds the position of Trial Attorney, Environment and Natural Resources Division, Natural Resources Section, and his office is located in Washington, D.C.

LR-IA-11-3 provides that, "Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants."

It is respectfully requested that an Order be issued permitting Adam M. Bean to practice before this Court during the period of his employment by the United States as an attorney. It is anticipated that Mr. Bean will enter an appearance in this action on behalf of the federal defendants.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

 /s/ Greg Addington
GREG ADDINGTON
Assistant United States Attorney

IT IS SO ORDERED:

Date: _____, 2016

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **MOTION TO ADMIT GOVERNMENT ATTORNEY (ADAM M. BEAN)** has been made through the Court's CM/ECF electronic filing and notification system on all system participants this 23rd day of May, 2016.

              /s/ Greg Addington
              GREG ADDINGTON