# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BATTLE MOUNTAIN BAND of the TE-MOAK TRIBE of WESTERN SHOSHONE INDIANS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT and JILL C. SILVEY, in official capacity as Bureau of Land Management Elko District Manager, <br><br> Defendant. | 3:16-cv-0268-LRH-WGC <br><br> **MOTION TO ADMIT GOVERNMENT ATTORNEY (KRISTOFOR R. SWANSON)** <br><br> **AND ORDER THEREON** |

THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-11-3, for the admission of Kristofor R. Swanson to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, during the period of his employment by the United States as an attorney. It is anticipated that Mr. Swanson will enter an appearance in this action on behalf of the federal defendants.

Mr. Swanson has been a licensed attorney since 2007. Mr. Swanson is a member in good standing of the Colorado Bar (Bar # 39378). Since 2007, Mr. Swanson has been an attorney employed by the United States Department of Justice. He currently holds the position of Senior Attorney, Environment and Natural Resources Division, Natural Resources Section, and his

office is located in Washington, D.C.

LR-IA-11-3 provides that, "Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants."

It is respectfully requested that an Order be issued permitting Kristofor R. Swanson to practice before this Court during the period of his employment by the United States as an attorney. It is anticipated that Mr. Swanson will enter an appearance in this action on behalf of the federal defendants.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

 /s/ Greg Addington
GREG ADDINGTON
Assistant United States Attorney

IT IS SO ORDERED:

DATED this 24th day of May, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2