Rollie Wilson (*Pro Hac Vice*)
Jeffrey S. Rasmussen *(Pro Hac Vice)*
1900 Plaza Drive
Louisville, CO 80027
Phone: (303) 673-9600
Facsimile: (303) 673-9155
Email: rwilson@ndnlaw.com
Email: jrasmussen@ndnlaw.com

Scott R. Daniel, Esq.
Nevada Bar No. 12356
THE DANIEL FIRM
200 S. Virginia St., 8th Floor
Reno, Nevada 89501
Telephone:  775.686.2418
Facsimile: 775.201.0653
scott.daniel@danielfirm.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BATTLE MOUNTAIN BAND OF THE TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS, *Plaintiff*, v. UNITED STATES BUREAU OF LAND MANAGEMENT and JILL C. SILVEY, in official capacity as Bureau of Land Management Elko District Manager, *Defendant.* | Case No. 3:16-cv-0268-LRH-WGC **ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT/COUNTER-CLAIMANT CARLIN RESOURCES, LLC'S COUNTERLCAIMS** |

COMES NOW, Plaintiff, the Battle Mountain Band of the Te-Moak Tribe of Western Shoshone Indians, (hereinafter the "Band"), and hereby requests the Court enter an order for extension of time of 14 days from September 1, 2016, to and including September 15, 2016, in which to file its response to Defendant/Counter-Claimant Carlin Resources, LLC's ("Carlin") Counterclaims.  In support of this motion the Band states as follows:

1. Carlin filed their Answer and Counterclaim for Declaratory Judgment on August 11, 2016. Pursuant to Fed. R. Civ. P. Rule 12(a)(1)(B), a party must serve an answer to a counterclaim or crossclaim within 21 days after being served with the pleading that states the counterclaim or crossclaim. Therefore, the Band's responsive pleading is due on September 1, 2016.

2. The Band has two partners assigned to this responsive pleading, Mr. Wilson and Mr. Rasmussen.

3. The Band anticipates filing a Rule 12(b) motion to dismiss and brief in support.

4. Mr. Rasmussen is scheduled to attend a preliminary injunction hearing in another matter on September 1, 2016, that is being held in the Western District of North Dakota. In that matter, he is representing the defendant, and so did not have substantial control over the scheduling of the matter, and has spent most of the past week on the motion for TRO and then the preliminary injunction hearing.

5. Mr. Wilson has two filing deadlines scheduled today, August 31, 2016, in tribal courts.

6. In light of the foregoing, the Band respectfully submits that an enlargement of time, to and including September 15, 2016, is warranted under Fed. R. Civ. P. Rule 6(b)(1)(A).

7. This is the first extension that the Band has requested for this deadline.

8. Counsel for the Band has conferred with counsel for Carlin, as well as counsel for the Bureau of Land Management and Jill Silvey (together "BLM") regarding the relief requested in this motion. Carlin does not oppose this motion. BLM does not oppose this motion.

WHEREFORE, Plaintiff, the Battle Mountain Band of the Te-Moak Tribe of Western Shoshone Indians, requests the Court grant the extension of time of 14 days, to and including September 15, 2016, in which to file their responsive pleading to Defendant/Counter-Claimant Carlin Resources, LLC's Counterclaims.

**Respectfully submitted this 31th day of August, 2016.**

FREDERICKS PEEBLES & MORGAN, LLP

*/s/ Jeffrey S. Rasmussen*_____
Rollie Wilson (*Pro Hac Vice*)
Jeffrey S. Rasmussen *(Pro Hac Vice)*
1900 Plaza Drive
Louisville, CO 80027
Phone: (303) 673-9600
Facsimile: (303) 673-9155
Email: rwilson@ndnlaw.com
       jrasmussen@ndnlaw.com

THE DANIEL FIRM

*/s/ Scott R. Daniel*_____
Scott R. Daniel, NV Bar 12356
200 South Virginia Street, 8th Floor
Reno, NV 89501
Phone: (775) 686-2418
Facsimile: (775) 201-0653
Email: scott.daniel@danielfirm.com

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  September 6, 2016.