UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

BATTLE MOUNTAIN BAND of the TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS,

Plaintiff,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT; and JILL C. SILVEY, in her official capacity as Bureau of Land Management Elko District Manager,

Defendants, and

CARLIN RESOURCES, LLC,

Defendant-Intervenor.

Case No. 3:16-cv-0268-LRH-WGC

ORDER

Before the court is intervenor defendant Carlin Resources, LLC's ("Carlin") motion to extend time to file cross-claims. ECF No. 126. In its motion, Carlin requests leave until June 18, 2018, to file its amended cross-claims in order to allow for the acquisition of the underlying mining project and for the new owners to determine how to proceed in this action. *Id*. The court has reviewed the motion and finds that good cause exists to grant Carlin an extension of time to file its cross-claims. Accordingly, the court shall grant Carlin's motion.

///

///

1

IT IS THEREFORE ORDERED that intervenor defendant's motion for an extension of time (ECF No. 126) is GRANTED *nunc pro tunc*. Defendant-intervenor Carlin Resources, LLC shall have until June 18, 2018 to file amended cross-claims.

IT IS SO ORDERED.

DATED this 4th day of May, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE