**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BATTLE MOUNTAIN BAND of the TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, and JILL SILVEY, in her official capacity as Bureau of Land Management Elko District Manager,<br><br>Defendants,<br><br>and<br><br>CARLIN RESOURCES, LLC,<br><br>Defendant-Intervenor and Crossclaimant. | Case No. 3:16-cv-0268 LRH-WGC<br><br>**DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME**<br><br>**AND ORDER THEREON** |

On December 5, 2019, counsel for Defendant-Intervenor/Cross-Claimant Carlin/Hecla (Hecla) and Federal Defendants filed a Joint Case Management Statement (ECF No. 132) setting proposed deadlines for lodging of the administrative record and for summary judgment briefing on Hecla's cross claims in this case brought pursuant to the Administrative Procedure Act, 5 U.S.C. § 706 *et seq*.  The Joint Case Management Statement indicated that Hecla would file its opening Motion for Summary Judgment on June 1, 2020.  However, the parties continue to seek settlement of the claims in this case, which may avoid the need for further proceedings.  That process has taken longer than anticipated in light of logistical constraints caused by the COVID-19 pandemic and the unavailability of various participants.  However, the parties continue to believe the dispute can be resolved through a stipulated settlement.

Thus, Hecla and the Federal Defendants hereby move to extend all the deadlines for summary judgment briefing on Hecla's cross claims in this case by 45 days.  The following deadlines would apply:

1. Helca to File Motion for Summary Judgment:  **July 15, 2020**
2. Federal Defendants to file Cross-Motion for Summary Judgment and Opposition to Hecla's Motion for Summary Judgment:  **August 31, 2020**
3. Hecla to file Opposition to Federal Defendants' Cross-Motion for Summary Judgment and Reply in Support of Hekla's Motion for Summary Judgment:  **September 14, 2020**
4. Federal Defendants to file Reply in Support of their Cross-Motion for Summary Judgment:  **October 19, 2020**.

DATED this 18 day of May, 2020

By: /s/ *Laura K. Granier*
Laura K. Granier, Esq (SBN 7357)
Erica K. Nannini, Esq. (SBN 13922)
Holland & Hart llp
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511
Tel: 775-327-3000
Fax: 775-786-6179
lkgranier@hollandhart.com

**1**

eknannini@hollandhart.com
*Attorneys for Carlin Resources, LLC*

PRERAK SHAH
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/ Peter Kryn Dykema
PETER KRYN DYKEMA (DC Bar 419349)
Natural Resources Section
4 Constitution Square
150 M Street, N.E.
Washington, D.C. 20002
Tel: 202-305-0436
peter.dykema@usdoj.gov

*Attorneys for Federal Defendants*

ORDER

IT IS SO ORDERED.

DATED this 28th day of May, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2