**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BATTLE MOUNTAIN BAND of the TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS, | Case No. 3:16-cv-0268 LRH-WGC |
| Plaintiff, | |
| v. | **DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME (Second Request)** |
| U.S. BUREAU OF LAND MANAGEMENT, and JILL SILVEY, in her official capacity as Bureau of Land Management Elko District Manager, | **AND ORDER THEREON** |
| Defendants, | |
| and | |
| CARLIN RESOURCES, LLC, | |
| Defendant-Intervenor and Crossclaimant. | |

On May 18, 2020, counsel for Defendant-Intervenor/Cross-Claimant Carlin/Hecla (Hecla) and Federal Defendants filed a Joint Motion for Extension of Time (ECF No. 134) extending deadlines for lodging of the administrative record and for summary judgment briefing in this case brought pursuant to the Administrative Procedure Act, 5 U.S.C. § 706 *et seq*.  This Joint Motion for Extension of Time was granted by the Court on May 28, 2020 (ECF No. 135). The Motion for Extension of Time indicated that Hecla would file its opening Motion for Summary Judgment on July 15, 2020.  However, the parties continue to make progress on the settlement of the claims in this case, which may avoid the need for further proceedings.  That process has taken longer than anticipated in light of logistical constraints caused by the COVID-19 pandemic and the unavailability of various participants.

Thus, Hecla and the Federal Defendants hereby move to extend the deadlines for summary judgment briefing in this case by an additional 60 days.  The following deadlines would apply:

1. Helca to File Motion for Summary Judgment:  **September 14, 2020**
2. Federal Defendants to file Cross-Motion for Summary Judgment and Opposition to Summary Judgment:  **October 30, 2020**
3. Hecla to file Opposition to Cross-Motion for Summary Judgment and Reply in Support of Motion for Summary Judgment:  **November 13, 2020**
4. Federal Defendants to file Reply in Support of Cross-Motion for Summary Judgment: **December 18, 2020**.

DATED this 7th day of July, 2020

By: /s/ *Laura K. Granier*
Laura K. Granier, Esq (SBN 7357)
Erica K. Nannini, Esq. (SBN 13922)
Holland & Hart llp
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511
Tel: 775-327-3000
Fax: 775-786-6179
lkgranier@hollandhart.com

eknannini@hollandhart.com
*Attorneys for Carlin Resources, LLC*
JEAN WILLIAMS
Deputy Assistant Attorney General Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/ Peter Kryn Dykema
PETER KRYN DYKEMA (DC Bar 419349)
Natural Resources Section
4 Constitution Square
150 M Street, N.E.
Washington, D.C. 20002
Tel: 202-305-0436
peter.dykema@usdoj.gov

*Attorneys for Federal Defendants*

**O R D E R**

IT IS SO ORDERED.

DATED this 8th day of July, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE