**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BATTLE MOUNTAIN BAND of the TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, and JILL SILVEY, in her official capacity as Bureau of Land Management Elko District Manager,<br><br>　　　　　　　Defendants,<br><br>and<br><br>CARLIN RESOURCES, LLC,<br><br>　　　　　　　Defendant-Intervenor<br>　　　　　　　and Crossclaimant. | **Case No. 3:16-cv-0268 LRH-WGC**<br><br>**DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME (Third Request)**<br><br>**AND ORDER THEREON** |

On May 18, 2020, counsel for Defendant-Intervenor/Cross-Claimant Carlin/Hecla (Hecla) and Federal Defendants filed a Joint Motion for Extension of Time (ECF No. 134) extending deadlines for lodging of the administrative record and for summary judgment briefing in this case brought pursuant to the Administrative Procedure Act, 5 U.S.C. § 706 *et seq*.  This Joint Motion for Extension of Time was granted by the Court on May 28, 2020 (ECF No. 135). The Motion for Extension of Time indicated that Hecla would file its opening Motion for Summary Judgment on July 15, 2020.  On July 8, 2020, counsel for defendants filed another joint motion for extension of time (ECF No. 136) reporting that the parties were continuing to make progress on the settlement of the claims in this case, which may avoid the need for further proceedings and indicating that Hecla would file its opening Motion for Summary Judgment on September 14, 2020.  The joint motion was granted by the Court on July 8, 2020 (ECF No. 137).

The parties have continued their discussions and made some further progress.  Although the parties have not reached a settlement, that process has taken longer than anticipated in light of logistical constraints caused by the COVID-19 pandemic and the unavailability of various participants.

Thus, Hecla and the Federal Defendants hereby move to extend the deadlines for summary judgment briefing in this case by an additional 15 days for the opening summary judgment motions.  Hecla and the Federal Defendants further seek to clarify that such briefing will be limited to Hecla's cross claims given that the joint status report and scheduling orders submitted have only involved the Federal Defendants.

The following deadlines would apply:

1. Helca to File Motion for Summary Judgment:  **September 29, 2020**
2. Federal Defendants to file Cross-Motion for Summary Judgment and Opposition to Summary Judgment:  **November 13, 2020**
3. Hecla to file Opposition to Cross-Motion for Summary Judgment and Reply in Support of Motion for Summary Judgment:  **December 14, 2020**

1

4. Federal Defendants to file Reply in Support of Cross-Motion for Summary Judgment: **January 12, 2021**.

DATED this 11th day of September, 2020

By: /s/ *Laura K. Granier*
Laura K. Granier, Esq (SBN 7357)
Erica K. Nannini, Esq. (SBN 13922)
Holland & Hart llp
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511
Tel: 775-327-3000
Fax: 775-786-6179
lkgranier@hollandhart.com
eknannini@hollandhart.com
*Attorneys for Carlin Resources, LLC*

JEAN WILLIAMS
Deputy Assistant Attorney General Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/ Peter Kryn Dykema
PETER KRYN DYKEMA (DC Bar 419349)
Natural Resources Section
4 Constitution Square
150 M Street, N.E.
Washington, D.C. 20002
Tel: 202-305-0436
peter.dykema@usdoj.gov

*Attorneys for Federal Defendants*

**O R D E R**

IT IS SO ORDERED.

DATED this 17th day of September, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2