**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BATTLE MOUNTAIN BAND of the TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, and JILL SILVEY, in her official capacity as Bureau of Land Management Elko District Manager,<br><br>　　　　　　　　　　Defendants,<br><br>and<br><br>CARLIN RESOURCES, LLC,<br><br>　　　　　　　Defendant-Intervenor<br>　　　　　　　and Crossclaimant. | **Case No. 3:16-cv-0268 LRH-WGC**<br><br><br>**DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME (Fourth Request)**<br><br>**AND ORDER THEREON** |

On September 11, 2020, counsel for Defendant-Intervenor/Cross-Claimant Carlin/Hecla (Hecla) and Federal Defendants filed a their third Joint Motion for Extension of Time extending deadlines for lodging of the administrative record and for summary judgment briefing in this case brought pursuant to the Administrative Procedure Act, 5 U.S.C. § 706 *et seq*. This Joint Motion for Extension of Time was granted by the Court on September 17, 2020 (ECF No. 139). Under the Court's September 17 Order Hecla filed its opening Motion for Summary Judgment on September 14, 2020; Federal Defendants' Opposition and Cross-motion are due November 13; Hecla's Opposition and Reply is due December 14; and Federal Defendants' Reply is due January 12, 2021.

Due to the press of other matters and logistical constraints caused by the COVID-19 pandemic, Hecla and the Federal Defendants hereby jointly move to extend the deadlines for summary judgment briefing in this case as indicated below. All such briefing will be limited to Hecla's cross claims given that the joint status report and scheduling orders submitted have only involved Hecla and the Federal Defendants.

The following deadlines would apply:

1. Federal Defendants to file Cross-Motion for Summary Judgment and Opposition to Summary Judgment: **December 11, 2020.**

2. Hecla to file Opposition to Cross-Motion for Summary Judgment and Reply in Support of Motion for Summary Judgment: **January 22, 2021.**

3. Federal Defendants to file Reply in Support of Cross-Motion for Summary Judgment: **February 12, 2021**.

DATED this 10th day of November, 2020

By: /s/ *Laura K. Granier*
Laura K. Granier, Esq (SBN 7357)
Erica K. Nannini, Esq. (SBN 13922)
Holland & Hart llp
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511
Tel: 775-327-3000

1

Fax: 775-786-6179
lkgranier@hollandhart.com
eknannini@hollandhart.com
*Attorneys for Carlin Resources, LLC*

PAUL E. SALAMANCA
Deputy Assistant Attorney General Deputy
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/ Peter Kryn Dykema
PETER KRYN DYKEMA (DC Bar 419349)
Natural Resources Section
4 Constitution Square
150 M Street, N.E.
Washington, D.C. 20002
Tel: 202-305-0436
peter.dykema@usdoj.gov

*Attorneys for Federal Defendants*

**O R D E R**

IT IS SO ORDERED.

DATED this 12th day of November, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

**2**