UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BATTLE MOUNTAIN BAND of the TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, and JILL SILVEY, in her official capacity as Bureau of Land Management Elko District Manager,<br><br>Defendant.<br><br>and<br><br>CARLIN RESOURCES, LLC,<br><br>Defendant-Intervenor and Crossclaimant. | Case No.: 3:16-cv-0268 LRH-WGC<br><br>**DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME (FIFTH REQUEST)**<br><br>**AND ORDER THEREON** |

On November 10, 2020, counsel for Defendant-Intervenor/Cross-Claimant Carlin/Hecla (Hecla) and Federal Defendants filed a their fourth Joint Motion for Extension of Time extending deadlines for lodging of the administrative record and for summary judgment briefing in this case brought pursuant to the Administrative Procedure Act, 5 U.S.C. § 706 *et seq*. This Joint Motion for Extension of Time was granted by the Court on November 12, 2020 (ECF No. 142).

Under the Court's November 12, 2020 Order Federal Defendants filed their opening Motion for Summary Judgment on December 11, 2020; Federal Defendants' Opposition and

1

Hecla's Opposition to Cross-Motion for Summary Judgment and Reply in Support of Motion for Summary Judgement are due January 22, 2021; and Federal Defendants' Reply in Support of Cross-Motion for Summary Judgment is due February 12, 2021.

The Federal Defendants and Hecla have recently re-engaged in settlement discussions and believe they may have a proposed settlement to submit for approval, subject to final client approval. To allow the parties to focus on the potential settlement resolution, Hecla and Federal Defendants hereby jointly move to extend the deadlines as indicated below. All such briefing will be limited to Hecla's cross claims given that the joint status report and scheduling orders submitted have only involved Hecla and the Federal Defendants.

The following deadlines would apply:

1. Hecla to file Opposition to Cross-Motion for Summary Judgment and Reply in Support of Motion for Summary Judgment: April 5, 2021.

3. Federal Defendants to file Reply in Support of Cross-Motion for Summary Judgment: April 26, 2021.

DATED this 20th day of January, 2021.

By: /s/ Laura K. Granier
Laura K. Granier (Nevada Bar No. 7357)
Erica K. Nannini (Nevada Bar No. 13922)
Holland & Hart LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511-2094
Tel: 775-327-3000
lkgranier@hollandhart.com
eknannini@hollandhart.com

*Attorneys for Carlin Resources, LLC*

PAUL E. SALAMANCA
Deputy Assistant Attorney General Deputy
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/ Peter K. Dykema
Peter Kryn Dykema (DC Bar 419349)
Natural Resources Section
4 Constitution Square
150 M Street, N.E.
Washington, D.C. 20002
Peter.dykema@usdoj.gov

*Attorney for Federal Defendants*

ORDER

IT IS SO ORDERED

DATED this 22nd day of January, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3