UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BATTLE MOUNTAIN BAND of the TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, and JILL SILVEY, in her official capacity as Bureau of Land Management Elko District Manager,<br><br>Defendant.<br><br>and<br><br>CARLIN RESOURCES, LLC,<br><br>Defendant-Intervenor and Crossclaimant. | Case No.: 3:16-cv-0268 LRH-WGC<br><br>**DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME (SIXTH REQUEST)**<br><br>**AND ORDER THEREON** |

On January 20, 2021, counsel for Defendant-Intervenor/Cross-Claimant Carlin/Hecla (Hecla) and Federal Defendants filed a their fifth Joint Motion for Extension of Time extending deadlines for lodging of the administrative record and for summary judgment briefing in this case brought pursuant to the Administrative Procedure Act, 5 U.S.C. § 706 *et seq*. This Joint Motion for Extension of Time was granted by the Court on January 22, 2021 (ECF No. 145).

Under the Court's January 22, 2021 Hecla's Opposition to Cross-Motion for Summary Judgment and Reply in Support of Motion for Summary Judgement are due April 5, 2021; and

1

Federal Defendants' Reply in Support of Cross-Motion for Summary Judgment is due April 26, 2021.

The Federal Defendants and Hecla have recently re-engaged in settlement discussions and believe they may have a proposed settlement to submit for approval, subject to final client approval. To allow the parties to focus on the potential settlement resolution, Hecla and Federal Defendants hereby jointly move to extend the deadlines as indicated below. All such briefing will be limited to Hecla's cross claims given that the joint status report and scheduling orders submitted have only involved Hecla and the Federal Defendants.

The following deadlines would apply:

1. Hecla to file Opposition to Cross-Motion for Summary Judgment and Reply in Support of Motion for Summary Judgment: June 19, 2021.

2. Federal Defendants to file Reply in Support of Cross-Motion for Summary Judgment: July 10, 2021.

DATED this 29th day of March, 2021.

By: /s/ Laura K. Granier
Laura K. Granier (Nevada Bar No. 7357)
Erica K. Nannini (Nevada Bar No. 13922)
Holland & Hart LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511-2094
Tel: 775-327-3000
lkgranier@hollandhart.com
eknannini@hollandhart.com

*Attorneys for Carlin Resources, LLC*

PAUL E. SALAMANCA
Deputy Assistant Attorney General Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

**SEE PAGE 3 FOR ORDER**

/s/ Peter K. Dykema
Peter Kryn Dykema (DC Bar 419349)
Natural Resources Section
4 Constitution Square
150 M Street, N.E.
Washington, D.C. 20002
Peter.dykema@usdoj.gov

*Attorney for Federal Defendants*

ORDER

IT IS SO ORDERED

DATED this  31st   day of March, 2021

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3