# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BATTLE MOUNTAIN BAND of the TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, and JILL SILVEY, in her official capacity as Bureau of Land Management Elko District Manager,<br><br>Defendant.<br><br>and<br><br>CARLIN RESOURCES, LLC,<br><br>Defendant-Intervenor and Crossclaimant. | Case No.: 3:16-cv-0268 LRH-WGC<br><br>**DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME (SEVENTH REQUEST)**<br><br>**AND ORDER THEREON** |

On March 29, 2021, counsel for Defendant-Intervenor/Cross-Claimant Carlin/Hecla (Hecla) and Federal Defendants filed a their sixth Joint Motion for Extension of Time extending deadlines for summary judgment briefing in this case brought pursuant to the Administrative Procedure Act, 5 U.S.C. § 706 *et seq*. This Joint Motion for Extension of Time was granted by the Court on March 31, 2021 (ECF No. 147).

Under the Court's March 31, 2021 Hecla's Opposition to Cross-Motion for Summary Judgment and Reply in Support of Motion for Summary Judgement are due June 19, 2021; and

1

Federal Defendants' Reply in Support of Cross-Motion for Summary Judgment is due July 10, 2021.

The Federal Defendants and Hecla have recently re-engaged in settlement discussions and believe they may have a proposed settlement to submit for approval, subject to final client approval. To allow the parties to focus on the potential settlement resolution, Hecla and Federal Defendants hereby jointly move to extend the deadlines as indicated below. All such briefing will be limited to Hecla's cross claims given that the joint status report and scheduling orders submitted have only involved Hecla and the Federal Defendants.

The following deadlines would apply:

1. Hecla to file Opposition to Cross-Motion for Summary Judgment and Reply in Support of Motion for Summary Judgment: September 2, 2021.

2. Federal Defendants to file Reply in Support of Cross-Motion for Summary Judgment: September 23, 2021.

DATED this 1st day of June, 2021.

**SEE NEXT PAGE FOR ORDER**

By: /s/ Laura K. Granier
Laura K. Granier (Nevada Bar No. 7357)
Erica K. Nannini (Nevada Bar No. 13922)
Holland & Hart LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511-2094
Tel: 775-327-3000
lkgranier@hollandhart.com
eknannini@hollandhart.com

*Attorneys for Carlin Resources, LLC*

JEAN E. WILLIAMS
Acting Assistant Attorney General

/s/ Peter K. Dykema
Peter Kryn Dykema (DC Bar 419349)
Natural Resources Section
4 Constitution Square
150 M Street, N.E.
Washington, D.C. 20002
Peter.dykema@usdoj.gov

*Attorney for Federal Defendants*

ORDER

IT IS SO ORDERED

DATED this _3rd_ day of June, 2021

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE