**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BATTLE MOUNTAIN BAND of the TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, and JILL SILVEY, in her official capacity as Bureau of Land Management Elko District Manager,<br><br>　　　　　　　Defendant.<br><br>and<br><br>CARLIN RESOURCES, LLC,<br><br>　　　　　　　Defendant-Intervenor<br>　　　　　　　and Crossclaimant. | Case No.: 3:16-cv-0268 LRH-WGC<br><br>**ORDER GRANTING DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME**<br>**(TWELFTH REQUEST)**<br><br>**AND ORDER THEREON** |

　　　　On March 9, 2022, counsel for Defendant-Intervenor/Cross-Claimant Carlin/Hecla (Hecla) and Federal Defendants filed their Eleventh Joint Motion for Extension of Time extending deadlines for summary judgment briefing in this case brought pursuant to the Administrative Procedure Act, 5 U.S.C. § 706 *et seq*. This Joint Motion for Extension of Time was granted by the Court on January 18, 2022 (ECF No. 157).

　　　　Under the Court's March 9, 2022 Order, Hecla's Opposition to Cross-Motion for Summary Judgment and Reply in Support of Motion for Summary Judgement are due May 16,

1

2022; and Federal Defendants' Reply in Support of Cross-Motion for Summary Judgment is due June 6, 2022.

The Federal Defendants and Hecla have been engaged in settlement discussions and believe they may have a proposed settlement to submit for approval, subject to final client approval. Federal Defendants and Hecla have been making efforts to see if all parties would participate in a possible resolution. To allow the parties to continue their focus on the potential settlement resolution, Hecla and Federal Defendants hereby jointly move to extend the deadlines as indicated below. All such briefing will be limited to Hecla's cross claims given that the joint status report and scheduling orders submitted have only involved Hecla and the Federal Defendants.

The following deadlines would apply:

1. Hecla to file Opposition to Cross-Motion for Summary Judgment and Reply in Support of Motion for Summary Judgment: August 15, 2022.
2. Federal Defendants to file Reply in Support of Cross-Motion for Summary Judgment: September 5, 2022.

DATED this 9th day of May, 2022.

By: /s/ Laura K. Granier
Laura K. Granier (Nevada Bar No. 7357)
Erica K. Nannini (Nevada Bar No. 13922)
Holland & Hart LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511-2094
Tel: 775-327-3000
lkgranier@hollandhart.com
eknannini@hollandhart.com

*Attorneys for Carlin Resources, LLC*

TODD KIM
Assistant Attorney General

/s/ Peter K. Dykema
Peter Kryn Dykema (DC Bar 419349)
Natural Resources Section
4 Constitution Square
150 M Street, N.E.
Washington, D.C. 20002
Peter.dykema@usdoj.gov

2

*Attorney for Federal Defendants*

**ORDER**

IT IS SO ORDERED

DATED this  11   day of May, 2022.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE