**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BATTLE MOUNTAIN BAND of the TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, and JILL SILVEY, in her official capacity as Bureau of Land Management Elko District Manager,<br><br>Defendant.<br><br>and<br><br>CARLIN RESOURCES, LLC,<br><br>Defendant-Intervenor and Crossclaimant. | Case No.: 3:16-cv-0268 LRH-WGC<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF THIRTY (30) DAY EXTENSION** |

The Battle Mountain Band of Te-Moak Tribe of Western Shoshone Indians, Federal Defendants and Defendant-Intervenor/Cross Claimant Carlin/Hecla file this joint motion to extend by 30 days the deadlines set by this Court on March 3, 3023.

On March 3, the Court issued a notice to that if no action was taken by the Plaintiff within 30 days, the Court would dismiss this matter for want of prosecution. On that same date, the Court issued an order denying the Federal Defendant and Carlin/Hecla's motions for summary judgment, subject to reinstatement upon submission of good cause .

The parties jointly move to extend both deadlines for an additional 30 days, until May 3, 2023.

1

The parties request additional time in order to confer with their clients about possible stipulated resolutions of all pending claims. Discussions among the parties during the time since the Court issued its March 3 Order give them reason to believe that there is a realistic possibility that they will be able to achieve a final resolution of the case in the next thirty days.

Dated this 30 March 2023.

By: /s/ Laura K. Granier
Laura K. Granier (Nevada Bar No. 7357)
Erica K. Nannini (Nevada Bar No. 13922)
Holland & Hart LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511-2094
Tel: 775-327-3000
lkgranier@hollandhart.com
eknannini@hollandhart.com
*Attorneys for Carlin Resources, LLC*

TODD KIM
Assistant Attorney General

/s/ Peter K. Dykema
Peter Kryn Dykema (DC Bar 419349)
Natural Resources Section
4 Constitution Square
150 M Street, N.E.
Washington, D.C. 20002
Peter.dykema@usdoj.gov
*Attorney for Federal Defendants*

PATTERSON EARNHART REAL BIRD & WILSON LLP
/s/ Jeffrey S. Rasmussen
Jeffrey S. Rasmussen
1900 Plaza Drive
Louisville, Colorado 80027
Telephone: 303-926-5292
Facsimile: 303-926-5293
Email Address:
jrasmussen@nativelawgroup.com
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

DATED this 31st day of March, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2