# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BATTLE MOUNTAIN BAND of the TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, and JILL SILVEY, in her official capacity as Bureau of Land Management Elko District Manager,<br><br>        Defendant.<br><br>and<br><br>CARLIN RESOURCES, LLC,<br><br>        Defendant-Intervenor<br>        and Crossclaimant. | Case No.: 3:16-cv-0268 LRH-WGC<br><br>**ORDER GRANTING MOTION FOR THIRTY (30) DAY EXTENSION [SECOND REQUEST]** |

      Plaintiffs, the Battle Mountain Band of Te-Moak Tribe of Western Shoshone Indians ("the Band"), Federal Defendants, U.S. Bureau of Land Management, et.al., and Defendant-Intervenor/Cross Claimant Carlin/Hecla file this joint status report on settlement and motion for one final extension by 30 days of the deadlines set by this Court on March 31, 3023.

      On March 3, 2023 the Court issued a notice that if no action was taken by the Plaintiff within 30 days, the Court would dismiss this matter for want of prosecution. On that same date,

the Court issued an order denying the Federal Defendant and Carlin/Hecla's motions for summary judgment, subject to reinstatement upon submission of good cause.

On March 30, 2023 the parties jointly moved to extend both deadlines for an additional 30 days, until May 3, 2023. On March 31, 2023, an Order was entered, granting the additional 30-day extension to May 3, 2023.

Carlin Resources has reached agreement with BLM that it is willing to dismiss its claims if the Band is willing to dismiss its claims. However, the Band requires an additional thirty (30) days to June 2, 2023, time for the Band's governing body to consider the proposal.

Dated this 3 May 2023.

By: /s/ Laura K. Granier
Laura K. Granier (Nevada Bar No. 7357)
Erica K. Nannini (Nevada Bar No. 13922)
Holland & Hart LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511-2094
Tel: 775-327-3000
lkgranier@hollandhart.com
eknannini@hollandhart.com
*Attorneys for Carlin Resources, LLC*

TODD KIM
Assistant Attorney General

/s/ Peter K. Dykema
Peter Kryn Dykema (DC Bar 419349)
Senior Trial Attorney
U.S. Department of Justice
Environmental and Natural Resources Division
Natural Resources Section
Telephone: (202)305-0436
Facsimile: (202)305-0506

Standard Mail and Express Mail:
4 Constitution Square
150 M Street, N.E.
Washington, D.C. 20002

Peter.dykema@usdoj.gov
*Attorney for Federal Defendants*

PATTERSON EARNHART REAL BIRD & WILSON LLP

/s/ Jeffrey S. Rasmussen
Jeffrey S. Rasmussen
1900 Plaza Drive
Louisville, Colorado 80027
Telephone: 303-926-5292
Facsimile: 303-926-5293
Email Address: jrasmussen@nativelawgroup.com
*Attorneys for Plaintiff*

## **ORDER**

IT IS SO ORDERED.

DATED this 8th day of May, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE